FILED
2026 Aug-24 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOE NATHAN GILES, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-315-ACA-SGC** |
| | ) | |
| **LEEDS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION**

*Pro se* plaintiff Joe Nathan Giles, Jr., a prisoner incarcerated at St. Clair Correctional Facility, filed this action pursuant to 42 U.S.C. § 1983. (Doc. 1). The magistrate judge entered a report recommending that the court dismiss this action without prejudice pursuant to 28 U.S.C. § 1915(g). (Doc. 4). Mr. Giles filed an objection to the report and recommendation. (Doc. 5).

Pursuant to the Prison Litigation Reform Act, a prisoner who has had three or more cases dismissed as meritless must pay the full filing fee at the time he initiates the lawsuit. *See* 28 U.S.C. § 1915(g); *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002). As the magistrate judge noted, Mr. Giles has filed at least three cases or appeals that have been dismissed as meritless. (Doc. 4 at 3). The magistrate judge also recognized that there is an exception to this rule if a prisoner

is under imminent danger of serious physical injury, but found that Mr. Giles had not alleged facts demonstrating he met the standard. (*Id.* at 2–5). The court agrees.

Mr. Giles's objections to the report and recommendation merely reassert the allegations in his complaint. (*Compare* doc. 1 at 5, 12 *with* doc. 5 at 1–2). The magistrate judge and this court have already rejected those allegations as insufficient to demonstrate an "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Accordingly, the court **OVERRULES** Mr. Giles's objections.

Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Because Mr. Giles failed to pay the filing and administrative fees of $405.00 at the time he filed this complaint, the court **WILL DISMISS** this action **WITHOUT PREJUDICE**. *See Dupree*, 284 F.3d at 1236.

The court will enter a final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this August 24, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE